Abraham C. Bates (12440)
Brandon S. Mecham (13298)
WASATCH ADVOCATES, LLC
4525 Wasatch Blvd, Suite 300
Salt Lake City, Utah 84124
Tel. (801) 662-0077
Fax (801) 662-0082
abe@slclawfirm.com
brandon@slclawfirm.com

*Attorneys for Plaintiff ALLEN R. HAKES*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLEN R. HAKES, a married man,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ON BEHALF OF BCAP LLC TRUST 2007-AA2, a national association; BAC HOME LOANS SERVICING, LP, a Texas limited domestic partnership; RECONTRUST COMPANY, NA, a national association; and DOES 1-10,<br><br>Defendants. | **EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**<br><br><br>Case No. 2:11-cv-00663-DB<br><br><br>The Honorable Dee Benson |

## INTRODUCTION

Plaintiff ALLEN R. HAKES, by and through his counsel of record and pursuant to Rule

65A of the UTAH RULES OF CIVIL PROCEDURE, hereby files his Ex-parte Motion for Temporary

Restraining Order & Preliminary Injunction and requests that the Court enjoin Defendants from

selling his home at a Trustee's Sale.

Plaintiff has attached an accompanying Memorandum of Points and Authorities in support of the above-captioned motion.

DATED this 11th day of August, 2011.

By: _____

Brandon S. Mecham

*Attorney for Plaintiff ALLEN R. HAKES*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT** and **(PROPOSED) ORDER** were handed over to a private investigator on the 11th day of August, 2011 for personal service upon the following parties or their counsels of record:

Philip D. Dracht, (11561)
FABIAN & CLENDENIN, PC
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Tel. (801) 596-2814
Fax (801) 596-2814
pdracht@fabianlaw.com
*Attorneys for Defendants Deutsche Bank National Trust Co. (as Trustee for BCAP LLC Trust 2007-AA2), Recontrust Company, NA and BAC Home Loans Servicing, LP*

Tom Mitchell
*Paralegal*