Abraham C. Bates (12440)
Brandon S. Mecham (13298)
WASATCH ADVOCATES, LLC
4525 Wasatch Blvd, Suite 300
Salt Lake City, Utah 84124
Tel. (801) 662-0077
Fax (801) 662-0082
abe@slclawfirm.com
brandon@slclawfirm.com

*Attorneys for Plaintiff ALLEN R. HAKES*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLEN R. HAKES, a married man,<br><br>      Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ON BEHALF OF BCAP LLC TRUST 2007-AA2, a national association; BAC HOME LOANS SERVICING, LP, a Texas limited domestic partnership; RECONTRUST COMPANY, NA, a national association; and DOES 1-10,<br><br>      Defendants. | **NOTICE OF WITHDRAWAL OF EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION**<br><br>Case No. 2:11-cv-00663-DB<br><br>The Honorable Dee Benson |

## INTRODUCTION

Plaintiff ALLEN R. HAKES, by and through his counsel of record, hereby PROVIDES NOTICE of his withdrawal of his Ex-parte Motion for Temporary Restraining Order & Preliminary Injunction and accompanying documents.

///

///

DATED this 15th day of August, 2011.

*Abraham Bates*

By: _____
Abraham C. Bates
*Attorney for Plaintiff ALLEN R. HAKES*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER & PRELIMINARY INJUNCTION** were deposited into the US Mail on the 15th day of August, 2011 for service of process by regular mail upon the following parties or their counsels of record:

Philip D. Dracht, (11561)
FABIAN & CLENDENIN, PC
215 South State Street, Suite 1200
Salt Lake City, Utah 84111
Tel. (801) 596-8900
Fax (801) 531-1716
pdracht@fabianlaw.com
*Attorneys for Defendants Deutsche Bank National Trust Co. (as Trustee for BCAP LLC Trust 2007-AA2), Recontrust Company, NA and BAC Home Loans Servicing, LP*

                                                         Tom Mitchell
                                                         *Paralegal*